FILED

APR 2 2024

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.

AHMERE WILLIAMS, aka "Jay," aka "J,"
aka "WavyMob," aka "Wavy," and
DAVID BUSHOVISKY, aka "Bush,"

Defendants.

Criminal No. 5:24-cr-13

Violations: 21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 846

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine)

During a period commencing on or about January 23, 2023, and ending on or about June 13, 2023, in Marshall County, within the Northern District of West Virginia, and elsewhere, defendants **AHMERE WILLIAMS, aka "Jay," aka "J," aka "WavyMob," aka "Wavy," DAVID BUSHOVISKY, aka "Bush,"** and others, did unlawfully, knowingly, and intentionally combine, conspire, confederate, agree, and have a tacit understanding to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## COUNT TWO

(Distribution of Methamphetamine)

On or about August 2, 2023, in Marshall County, in the Northern District of West Virginia, defendant **DAVID BUSHOVISKY, aka "Bush,"** did unlawfully, knowingly, intentionally, and without authority, distribute methamphetamine, also known as "ice," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853, and Title 21, United States Code, Section 841, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense, including: the residence located at 86 N. Highland Avenue, Moundsville, West Virginia, 26041.

A True Bill:

/s/_____
Grand Jury Foreperson


/s/_____
WILLIAM IHLENFELD
United States Attorney


Clayton J. Reid
Assistant United States Attorney

Morgan S. McKee
Assistant United States Attorney